# EXHIBIT 1

```
                                                                    1

 1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF NEW YORK
 2
       - - - - - - - - - - - - - - - X
 3
       UNITED STATES OF AMERICA       :     08-CR-00076 (JBW)
 4
            -against-                        U.S. Courthouse
 5                                    :
                                             Brooklyn, New York
 6     FRANK CALI

 7                  Defendant         :
                                             August 7, 2008
 8     - - - - - - - - - - - - - - - X       10:30 a.m.

 9
       BEFORE:
10           HONORABLE JACK B. WEINSTEIN
             United States District Judge
11


12
       APPEARANCES:
13
       For the Government:       BENTON J. CAMPBELL, ESQUIRE
14                               United States Attorney
                                 271 Cadman Plaza East
15                               Brooklyn, New York 11201
                                 BY:  JOEY LIPTON
16                                    EVAN NORRIS
                                      Assistant U.S. Attorneys
17

18     For the Defendant:        HARLAN J. PROTASS
                                 305 Madison Avenue
19                               Suite 1301
                                 New York, New York 10165
20

21
       Court Reporter:           RONALD E. TOLKIN, RMR
22                               Official Court Reporter
                                 225 Cadman Plaza East
23                               Brooklyn, New York 11201

24
              Minutes Taken Stenographically.  Transcript Produced
25     By Computer Aided Transcription.
```

U.S.A. v. FRANK CALI                                           15

1  the conspiracy is a conspiracy.  There are two different
2  matters.
3          So to that extent it isn't double counting.  It is
4  a conspiracy to use a threat, and then it is the use of the
5  threats under the guidelines.  So it is an interesting
6  problem.  It is kind of obtuse, and you may want to take an
7  appeal.
8          But I am not going to give you less than two points
9  under Paragraph 143.  If you can, I can change the sentence
10 that I was going to make, but I am not inclined to do so in
11 this case as I was in the other cases.
12         What else?
13         MR. PROTASS:  Well, there is the one-point
14 enhancement that is in the presentence report for the amount
15 of money at issue here, Your Honor, and --
16         THE COURT:  Well, that, I don't see.  What's --
17 where is the loss?
18         MR. LIPTON:  There is the loss of $13,000 that was
19 paid pursuant to this conspiracy so that -- 
20         THE COURT:  Paid to whom?
21         MR. LIPTON:  This was paid to individuals, Leonard
22 DiMaria, Ernest Grillo, and Nicholas Corozzo, based on the --
23 once the cooperating witness, John Doe Number 4, got the
24 rights to dump at the site.
25         THE COURT:  This is the NASCAR?

RONALD E. TOLKIN, RMR
OFFICIAL COURT REPORTER