


| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | BROOKLYN OFFICE |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF MOTION** |
| -against- | 08 CR. 076 (JBW) |
| AGATE, *et al.* | *THIS MOTION WILL BE HEARD ON 5/31/11 AT 2:00 p.m.* |
| UNITED STATES OF AMERICA | |
| -against- | 11 CR. 003 (DLI) |
| DRAGONETTI, *et al.* | |

PLEASE TAKE NOTICE, that upon the annexed declaration of Allen Charles Frankel, Esq., and the accompanying Memorandum of Law, the defendants Vincent Dragonetti, Anthony Licata, Anthony Scibelli, Anthony O'Donnell, and William Scotto will move this Court before the Honorable Jack B. Weinstein, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time selected by the Court, for an Order directing reassignment of the case *United States v. Dragonetti, et al.* 11 Cr. 003 (DLI) to the Honorable Jack B. Weinstein in accordance with Guidelines for the Division of Business Among District Judges for the Eastern District of New York.

Dated: New York, New York
      May 12, 2011

Respectfully,

ALLEN C. FRANKEL
225 Broadway, Suite 715
New York, NY 10007
212-537-9202
allencfrankel@mac.com
*Attorney for Anthony Licata*