*20 mins*

## CRIMINAL CAUSE FOR VIOLATION OF PROBATION

BEFORE JUDGE: *Weinstein*          DATE: *7/14/11*          TIME: *10:30*

DOCKET NUMBER: CR-*08-76*          TITLE: USA-v- *Filippelli*

DEFT. NAME: *Louis Filippelli*                                DEFT. #:_____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: *Alan Futerfas*                       __C.J.A.
__Present,  __Not Present                              __RETAINED
                                                       __L.A.S.(PD)

DEFT. NAME:_____          DEFT. #:_____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.:_____          __C.J.A.
__Present,  __Not Present                              __RETAINED
                                                       __L.A.S.(PD)

DEFT. NAME:_____          DEFT. #:_____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.:_____          __C.J.A.
__Present,  __Not Present                              __RETAINED
                                                       __L.A.S.(PD)

DEFT. NAME:_____          DEFT. #:_____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.:_____          __C.J.A.
__Present,  __Not Present                              __RETAINED
                                                       __L.A.S.(PD)

DEFT. NAME:_____          DEFT. #:_____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.:_____          __C.J.A.
__Present,  __Not Present                              __RETAINED
                                                       __L.A.S.(PD)

ASST. U.S. ATTORNEY: *Evan Norris*          DEPUTY CLERK: *J. Rowe*

COURT REPORTER(S):_____          ESR OPERATOR *L. Hong*

INTERPRETER(S):_____          OTHER:_____

          Docket Clerks: Enter all information under CALCALLH,
                         then enter other vital events names
                         as needed.

____✓____   Case called.                              (CALCALLH)

____✓____   Hearing ADJOURNED to *9/9/11*          at *10:30 am*

_____   Hearing HELD.

_____  GUILTY - Deft. advised of rights, enters Guilty plea, & is
         found Guilty by the Court.

_____  NOT GUILTY - Deft. advised of rights, enters Not Guilty plea,
         & is found Not Guilty by the Court.

_____  PROBATION CONTINUED until _____

_____  Defendant reinstated to probation.

_____  Probation REVOKED and set aside.

_____  SENTENCING set for _____at_____.    (SENS

_____  Defendant sentenced:

                        FULL TEXT OF SENTENCE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Originally sentenced on _____ on Count(s)_____)

_____  Execution of sentence STAYED until _____.

_____  Deft. REMANDED to custody of U.S. Marshal.


OTHER:   _____

_____

_____

_____