# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK

BETTINA SCHEIN
OF COUNSEL

FACSIMILE: (212) 684-5259

asfuterfas@futerfaslaw.com

September 21, 2011

**By ECF**

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Louis Filippelli, 08 CR 76(S1)-25 (JBW)

Dear Judge Weinstein:

    This letter respectfully requests that the appearance scheduled for September 20, 2011 at 11:30 a.m. be re-scheduled to a date and time convenient to the Court. The reason for the request is that the parties are attempting to reach an agreed-upon resolution of this matter. The government consents to this request.

    Thank you for your consideration of this matter.

Respectfully yours,

Alan S. Futerfas

cc:    AUSA Evan Morris, Esq.