**ALAN S. FUTERFAS**
ATTORNEY AT LAW
565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 684-8400

FACSIMILE: (212) 684-5259
asfuterfas@futerfaslaw.com

ELLEN B. RESNICK

BETTINA SCHEIN
OF COUNSEL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2011 ★
BROOKLYN OFFICE

September 21, 2011

**By ECF**
Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*[handwritten: adjourn for 30 days next ASAP  JBW 9/22/11]*

Re: United States v. Louis Filippelli, 08 CR 76(S1)-25 (JBW)

Dear Judge Weinstein:

This letter respectfully requests that the appearance scheduled for September 20, 2011 at 11:30 a.m. be re-scheduled to a date and time convenient to the Court. The reason for the request is that the parties are attempting to reach an agreed-upon resolution of this matter. The government consents to this request.

Thank you for your consideration of this matter.

*Hearing is adjourned to 10/20/11 at 10:00 a.m.*

Respectfully yours,

Alan S. Futerfas

cc:   AUSA Evan Morris, Esq.