UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

    -V-

LOUIS FILIPPELLI
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 26 2011 ★

BROOKLYN OFFICE

ORDER

08-CR-76 (JBW)

Defendant has entered a guilty plea to charge two of the violation of supervised release charges. Imposition of sentence is held in abeyance. Supervision is extended until July 5, 2012.

So Ordered:

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 10/24/11

